UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDDIE POWELL, et al.,
    Plaintiffs,

vs.                                            Case No.:  3:24cv357/MCR/ZCB

RON DENSANTIS, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 1, 2024. (Doc. 5).  The Court furnished the plaintiffs a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

1

2.    This case is **DISMISSED without prejudice** under *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001).

3.    The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 30th day of October 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**